THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:     (415) 444-5800
Facsimile:     (415) 674-9900

Attorney for Plaintiffs
IRMA RAMIREZ; and
DAREN HEATHERLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and<br>DAREN HEATHERLY,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST SIDE PLAZA, *et al.,*<br><br>    Defendants.<br>_____ | CASE NO. 4:14-cv-02675-KAW<br><br>**STIPULATION and [~~PROPOSED~~] ORDER TO EXTEND MEDIATION DEADLINE** |

Plaintiffs IRMA RAMIREZ; and DAREN HEATHERLY and defendant HKV Associates LLC, a California Limited Liability Company, by and through their respective attorney of record stipulate to extend the deadline to complete mediation for the following reasons:

1.     **Whereas**, all defendants have been served with the summons and complaint, and defendants have answered plaintiffs' complaint; and

2.     **Whereas**, the Court ordered that mediation be completed no later than 90 days after the Notice of Need for Mediation is filed; and

3.     **Whereas**, General Order (56) Site Inspection was not conducted in the above-mentioned case, because the parties have fully resolved the injunctive claims and have an executed Equitable Agreement in place; and

4.     **Whereas**, plaintiffs filed a notice of need for mediation on September 15, 2015.

5.      **Whereas**, as mediation has now been set for February 23, 2016, which is past the courted ordered mediation deadline it is necessary to extend the time to conclude a mediation;

6.      **Therefore**, the parties respectfully request that jurisdiction for the mediation currently scheduled for February 23, 2016 at 10:00 a.m. be granted to February 23, 2016, and/or to a date that is convenient to the Court.

**IT IS SO STIPULATED**.

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages.   Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: January 13, 2016          THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By:  /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiffs

Dated: January 13, 2016          LAW OFFICES OF PHILIP H. KELLY


                                 By: /s/ Philip H. Kelly
                                 Philip H. Kelly
                                 Attorney for Defendant HKV Associates, LLC

1

[~~PROPOSED~~] ORDER

2      **IT IS SO ORDERED** that the last day for the parties to complete mediation is continued

3 to _____3/1_____, 2016.

4 Dated: _____1/14_____, 2016

*Kandis Westmore*

5                                              Honorable Kandis A. Westmore
                                               United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28