THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
1832- A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorneys for Plaintiffs
DAREN HEATHERLY and
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST SIDE PLAZA, *et al.*,<br><br>    Defendants. | CASE NO. 4:14-cv-02675-KAW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER THEREON SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[L.R. 7-11; Gen. Order 56]**<br><br>Complaint filed: June 10, 2014 |

　　　Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, pursuant to Local Rule 7-11 and General Order 56, hereby move this Court for Administrative Relief and requests the Court to set a Case Management Conference in the above-captioned matter.

　　　The case before this Court seeks, in part, relief pursuant to Title III of the Americans with Disabilities Act ("ADA"), and pursuant to California statutes of Civil Code §51, *et seq.* and §54, *et seq.*, and California Health & Safety Code §19955 *et seq.*, relief and damages. Accordingly, litigation of this case is controlled by the procedures established in General Order No. 56.

///

///

These procedures impose a stay on all discovery until after a mediation has been completed and a case management conference has taken place.

      General Order No. 56 provides for plaintiffs to file a motion to request a Case Management Conference once a mediation has been completed.  A mediation was conducted on February 23, 2016, by Mediator, Robert Pohls.  However, the parties were unsuccessful in their efforts to try and resolve the above-mentioned caption matter.  This case has not settled. It appears that discovery is necessary.  Therefore, plaintiffs respectfully request that this matter be set for a Case Management Conference.

                            Respectfully Submitted,

Dated: March 9, 2016          THOMAS E. FRANKOVICH,
                                    ***A PROFESSIONAL LAW CORPORATION***

                                    By:   /s/Thomas E. Frankovich
                                    THOMAS E. FRANKOVICH
                                    Attorney for Plaintiffs DAREN HEATHERLY and
                                    IRMA RAMIREZ

///

///

///

///

///

///

///

///

///

///

///

### MEMORANDUM OF POINTS AND AUTHORITIES

### GENERAL ORDER 56:

General Order No. 56 provides for plaintiff to file a motion to request a Case Management Conference once a mediation has been completed.

¶8 " If the case does not resolve at mediation within seven (7) days of the mediator's filing of a Certification of ADR Sessions reporting that the mediation process is concluded, plaintiff shall file a Motion for Administrative Relief pursuant to Civil Local Rule 7-11 requesting a Case Management Conference."

Dated: March 9, 2016

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:   /s/Thomas E. Frankovich
THOMAS E. FRANKOVICH
Attorney for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ

### ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED** that this Court sets this case for a Case Management Conference on May 17, 2016. The Joint CMC Statement is due May 10, 2016.

Dated: March 22, 2016

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER THEREON SETTING CASE MANAGEMENT CONFERENCE    3