1  THOMAS E. FRANKOVICH (S.B.N. 074414)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  1832-A Capitol Street
   Vallejo, CA 94590
4  Telephone:   (415) 444-5800
5  Facsimile:    (415) 674-9900
   Email:         tfrankovich@disabilitieslaw.com
6
   Attorney for Plaintiffs
7  IRMA RAMIREZ; and DAREN
   HEATHERLY
8

9
                     **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12
   IRMA RAMIREZ; and DAREN          ) CASE NO. 4:14-cv-02675-KAW
13 HEATHERLY,                       )
                                    ) **STIPULATION OF DISMISSAL AND**
14        Plaintiff,                ) [~~PROPOSED~~] **ORDER THEREON**
                                    )
15 v.                               )
                                    )
16 WEST SIDE PLAZA, *et al.*,       )
                                    )
17        Defendants.               )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21

22     The Parties, by and through their respective counsel, stipulate to dismissal of this
23 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).
24     IT IS HEREBY STIPULATED by and between parties to this action through their
25 designated counsel that the above-captioned action become and hereby is dismissed with
26 prejudice and each side is to bear its own costs and attorneys' fees.
27 //
28 //

1 | This stipulation may be executed in counterparts, all of which together shall
2 | constitute one original document.

3 |                                                             Respectfully Submitted,

4 | Dated: August 5, 2016                    THOMAS E. FRANKOVICH, APLC
5 |                                                             *A PROFESSIONAL LAW CORPORATION*

6 |
7 |                                                             By: /s/ Thomas E. Frankovich
  |                                                             Thomas E. Frankovich
  |                                                             Attorney for Plaintiffs IRMA RAMIREZ; and
8 |                                                             DAREN HEATHERLY

9 |
10 | Dated: August 5, 2016                   LAW OFFICE OF PHILIP H. KELLY

11 |                                                             By: /s/ Philip Kelly
12 |                                                             Philip Kelly
   |                                                             Attorney for Defendant HKV Associates LLC

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

Dated:   8/5  , 2016

_Kandis Westmore_
Hon. Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE